1 | JEFF A. HARRISON (SBN 151227)
2 | JHarrison@theharrisonlawgroup.com
    SARA PEZESHKPOUR (SBN 260240)
3 | SPez@theharrisonlawgroup.com
4 | **THE HARRISON LAW GROUP, P.C.**
    139 Richmond Street
5 | El Segundo, CA 90245
6 | Tel: (310) 648-8755
    Fax: (310) 648-8734
7 |
8 | *Attorneys for Plaintiff,*
    RUTHEE GOLDKORN
9 |
10 | *(Appearances continued on following page)*
11 |
12 | **UNITED STATES DISTRICT COURT**
13 | **CENTRAL DISTRICT OF CALIFORNIA**
14 |
15 | RUTHEE GOLDKORN, an individual;     )  Case No.: 2:23-cv-00928-JLS (JPRx)
16 |                                     )
                                         )  *Hon. Josephine L. Stanton*
17 |         Plaintiff,                  )
                                         )  **JOINT NOTICE OF SETTLEMENT**
18 | vs.                                 )  **WITH DEFENDANTS**
                                         )  **PERSEVERANCE LAX LLC,**
19 |                                     )  **UPTOWN LAX LLC, and**
      NEW WYNN LI LP, et al.             )  **PERSERVARANCE HOLDINGS,**
20 |                                     )  **LLC ONLY**
                                         )
21 |         Defendants.                 )
                                         )  L.R. 40-2
22 |                                     )
                                         )
23 |                                     )
                                         )
24 |                                     )
                                         )
25 |                                     )
                                         )
26 |                                     )
27 |
28 |

JOINT NOTICE OF SETTLEMENT
Case No. 2:23-cv-00928-JLS (JPRx)                                          1

STEPHEN E. ABRAHAM, ESQ. (SBN 172054)
stephen@abraham-lawoffices.com
**LAW OFFICES OF STEPHEN ABRAHAM**
1592 Pegasus Street
Newport Beach, CA 92660
Tel: (949) 878-8608
Fax: (714) 852-3366

*Attorneys for Defendants,*
PERSEVERANCE LAX LLC, UPTOWN LAX LLC and PERSEVERANCE HOLDINGS, LLC

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Plaintiff RUTHEE GOLDKORN and Defendants PERSEVERANCE LAX LLC, UPTOWN LAX LLC, and PERSEVERANCE HOLDINGS, LLC, hereby provide notice to the Court pursuant to L.R. 40-2, that the Parties have resolved Plaintiff's claims against these Defendants only. Plaintiff has not resolved any claims asserted against Defendant NEW WYNN LI, L.P.

Dated: March 17, 2023       **THE HARRISON LAW GROUP**

By:   /s/ Sara Pezeshkpour
        JEFF A. HARRISON
        SARA PEZESHKPOUR
        Attorneys for Plaintiff

Dated: March 17, 2023       **LAW OFFICES OF STEPHEN ABRAHAM**

By:   /s/ Stephen E. Abraham
        STEPHEN E. ABRAHAM
        Attorneys for Defendants

<u>SIGNATURES UNDER LOCAL RULE 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court, Central District of California, I, Sara Pezeshkpour- the ECF User whose User ID and Password are used in the filing of this document- hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

By:   /s/ Sara Pezeshkpour
SARA PEZESHKPOUR