JEFF A. HARRISON (SBN 151227)
JHarrison@theharrisonlawgroup.com
SARA PEZESHKPOUR (SBN 260240)
SPez@theharrisonlawgroup.com
**THE HARRISON LAW GROUP, P.C.**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734

*Attorneys for Plaintiff,*
RUTHEE GOLDKORN

*(Appearances continued on following page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEW WYNN LI LP, et al.<br><br>Defendants. | Case No.: 2:23-cv-00928-JLS (JPRx)<br><br>*Hon. Josephine L. Stanton*<br><br>**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT NEW WYNN LI L.P.**<br><br>L.R. 40-2 |

| | |
|---|---|
| 1 | CHRISTOPHER H. KNAUF (SBN 185180) |
| | ck@drlcenter.org |
| 2 | ALEXANDRA M. ROBERTSON (SBN 298637) |
| 3 | ar@drlcenter.org |
| | **DISABILITY RIGHTS LEGAL CENTER** |
| 4 | 1001 Wilshire Blvd., Suite 100 |
| | PMB 3201 |
| 5 | Los Angeles, California 90017 |
| 6 | Tel: (213) 736-1031 |
| | Fax: (213) 736-1428 |
| 7 | |
| 8 | *Attorneys for Plaintiff,* |
| | RUTHEE GOLDKORN |
| 9 | |
| 10 | |
| 11 | YVONNE ARVANITIS FOSSATI (SBN 161764) |
| | Yvonne.Fossati@jacksonlewis.com |
| 12 | BENJAMIN F. FRASER (SBN 342924) |
| | Benjamin.Fraser@jacksonlewis.com |
| 13 | **JACKSON LEWIS P.C.** |
| 14 | 725 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA 90017-5408 |
| 15 | Tel: (213) 689-0404 |
| 16 | Fax: (213) 689-0430 |
| 17 | |
| 18 | *Attorneys for Defendant,* |
| | NEW WYNN LI L.P. |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Plaintiff RUTHEE GOLDKORN and Defendant NEW WYNN LI L.P., hereby provide notice to the Court pursuant to L.R. 40-2, that the Parties have reached settlement as to this remaining defendant. The Parties are finalizing a settlement agreement, which will then be circulated for execution. The Parties will file a joint stipulation for dismissal as agreed to by the Parties.

Dated: March 29, 2023                THE HARRISON LAW GROUP

                                     By:   /s/ Sara Pezeshkpour
                                           JEFF A. HARRISON
                                           SARA PEZESHKPOUR
                                           Attorneys for Plaintiff

Dated: March 29, 2023                **JACKSON LEWIS P.C.**

                                     By:   /s/ Yvonne Arvanitis Fossati
                                           YVONNE ARVANITIS FOSSATI
                                           BENJAMIN FRASER
                                           Attorneys for Defendant

<u>SIGNATURES UNDER LOCAL RULE 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court, Central District of California, I, Sara Pezeshkpour- the ECF User whose User ID and Password are used in the filing of this document- hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

By:   /s/ Sara Pezeshkpour
SARA PEZESHKPOUR

4887-2157-0394, v. 1