**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN | Case No. 2:23-cv-00928-JLS-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RUI GAO INC. et al. | |
| Defendants. | |

For the reasons stated in the separate Order denying in part and granting in part Plaintiff's Motion to Enforce the Settlement entered April 22, 2025 (Doc. 37), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows: Judgment is entered in favor of Plaintiff. Plaintiff shall be awarded $17,943.50 in attorneys' fees and $12.48 in costs incurred in connection with the Motion.

**IT IS SO ORDERED.**

DATED: April 30, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE