ALEGRIA DE LA CRUZ (SBN 229713)
adlc@thedrlc.org
CORRIGAN L. LEWIS (SBN 348934)
cll@thedrlc.org
SOPHIE M. TOHL (SBN 358489)
smt@thedrlc.org
DISABILITY RIGHTS LEGAL CENTER
1001 Wilshire Blvd., Suite 100, PMB 3201
Los Angeles, California 90017
Telephone: (213) 736-1031
Fax: (213) 736-1428

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN<br>　　　　Plaintiff,<br>v.<br>NEW WYNN LI LP, et al.<br>　　　　Defendants. | Case No. 2:23-cv-00928-JLS-JPR<br><br>**SATISFACTION OF JUDGEMENT**<br><br>Complaint Filed in State Court:<br>November 2, 2021<br>Removed by Defendants:<br>February 7, 2023 |

# **SATISFACTION OF JUDGMENT**

WHEREAS a judgment was entered on May 1, 2025 against Perseverance LAX; Uptown LAX, LLC; and Perseverance Holdings LAX, LLC ("Defendants") in the sum of $17,943.50 in attorneys' fees and $12.48 in costs; and

WHEREAS, the judgment has been satisfied by the Defendants.

Therefore, the Clerk of the United States District Court, of the Central District of California, is requested to satisfy and cancel the Judgment of Record.

DATED: May 16, 2025

DISABILITY RIGHTS LEGAL CENTER
*/s/ Corrigan Lewis*
By: Corrigan L. Lewis (SBN 348934)
cll@thedrlc.org
DISABILITY RIGHTS LEGAL CENTER
1001 Wilshire Blvd., Suite 100, PMB 3201
Los Angeles, California 90017
Telephone: (213) 736-1031
Fax: (213) 736-1428
Attorneys for Ruthee Goldkorn

1